# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 19, 2016 |
| Court Reporter: Tammy Hoffschildt | Time: 25 minutes |
| Probation Officer: Gary Kruck | Interpreter: n/a |

**CASE NO.  15-CR-00357-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Robert Brown |
| Plaintiff, | |
| vs. | |
| **NICHOLAS CASIAS,** | Matthew Golla |
| Defendant. | |

## SENTENCING

**11:01 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:** The statement of facts in the Plea Agreement, the Presentence Report and its Addendum are not disputed by the parties and are adopted in the Court's factual findings in this case.  The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
15-CR-00357-PAB
February 19, 2016

Argument by Mr. Golla in support of the defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553(A) and comments addressing sentencing.

Comments by Mr. Brown.

Defendant addresses the Couurt.

Court states its findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:**   Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553(A) [Docket No. 26], is **GRANTED**.

Defendant entered his plea on **November 5, 2015** to count **1 of the Indictment.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be placed on probation for a period of   years.

**ORDERED: Conditions** of Probation are that:
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ()   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED: Special Condition** of Probation are that:
- (**X**)   Defendant shall participate in and successfully complete a program of testing and/or treatment for (drug/alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants

Page Three
15-CR-00357-PAB
February 19, 2016

|   |   |
|---|---|
|   | during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer. |
| (**X**) | If recommended, the defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment. |
| (**X**) | All employment for the defendant shall be approved in advance by the supervising probation officer. |
| (**X**) | Defendant shall complete **40** hours of community service as approved in advance by the supervising probation officer. |

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Bond is exonerated.

**11:26 a.m.    COURT IN RECESS**

**Total in court time:    25 minutes**

**Hearing concluded**